**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
(don@donbivens.com)
Teresita T. Mercado (*pro hac vice* forthcoming)
(teresita@donbivens.com)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Tel: (602) 762-2661

*Counsel for Plaintiffs*

[Additional counsel in signature block]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MAEVE CAMPLISSON, DAVID SANCHEZ, and S.D., A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELVIS DICIERO, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ADIDAS AMERICA, INC., an Oregon corporation,

Defendant.

Case No.: 3:25-cv-00603-GPC-KSC

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK, THIS COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs Maeve Camplisson, David Sanchez, and S.D., a minor, by and through their legal guardian Elvis Diciero (collectively, "Plaintiffs"), request that the Clerk enter the default of Defendant Adidas America, Inc. ("Adidas") for its failure to plead or otherwise defend against this action in a timely manner, as set forth more fully below:

1. Plaintiffs filed their Class Action Complaint for Violations of the California Invasion of Privacy Act (Cal. Penal Code § 638.51) (the "Initial Complaint") on March 14, 2025. ECF No. 1.

2. As evidenced by the proof of service on file with this Court (ECF No. 10), Adidas was served with the Initial Complaint pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure on March 17, 2025.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Adidas was required to plead or otherwise respond to the Initial Complaint by April 7, 2025.

4. Plaintiffs filed their Corrected Class Action Complaint for Violations of the California Invasion of Privacy Act (Cal. Penal Code § 638.51) (the "Corrected Complaint") on March 19, 2025. ECF No. 3.

5. As evidenced by the proof of service on file with this Court (ECF No. 11), Adidas was served with the Corrected Complaint pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure on March 27, 2025.

6. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).

7. Under Rule 15(a)(3), Adidas was required to plead or otherwise respond to the Corrected Complaint by April 10, 2025.

8. Under Rule 12, Adidas was required to plead or otherwise respond to the Corrected Complaint by April 17, 2025.

9. Accordingly, the applicable time limit for Adidas to appear or otherwise respond to this action expired, at the latest, on April 17, 2025.

10. Adidas has failed to plead or otherwise respond to the Initial Complaint or the Corrected Complaint.

11. The time to plead or otherwise respond to the Initial Complaint or the Corrected Complaint has not been extended by any agreement of the parties or any order of this Court.

12. This request is further supported by the attached Declaration of Jonathan D. Uslaner, counsel of record for Plaintiffs.

Dated: May 14, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel.: (310) 819-3481

-and-

Avi Josefson (admitted *pro hac vice*)
(avi@blbglaw.com)
Michael Blatchley (admitted *pro hac vice*)
(michaelb@blbglaw.com)
Timothy Fleming (admitted *pro hac vice*)
(timothy.fleming@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 554-1400

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
(don@donbivens.com)
Teresita T. Mercado (*pro hac vice* forthcoming)
(teresita@donbivens.com)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254

Tel: (602) 762-2661
*Counsel for Plaintiffs*