PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
ADIDAS AMERICA, INC.

*Plaintiffs' counsel on signature page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MAEVE CAMPLISSON, DAVID SANCHEZ, and S.D., A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELVIS DICIERO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ADIDAS AMERICA, INC.,

Defendant.

Case No. 3:25-cv-00603-GPC-KSC

**JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AND SET A SCHEDULE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT**

Hon. Gonzalo P. Curiel

Complaint Filed: March 19, 2025

Pursuant to Civil Local Rule 7.2, Plaintiffs Maeve Camplisson, David Sanchez, and S.D., a minor, by and through Elvis Diciero, their Legal Guardian ("Plaintiffs") and Defendant adidas America, Inc. ("adidas"), by and through their attorneys of record, stipulate and respectfully request that the Court set aside the entry of default against adidas and allow adidas until July 16, 2025 to respond to Plaintiffs' Corrected Class Action Complaint (ECF No. 3 ("Complaint")). In support of this motion, the parties state as follows:

1. On March 19, 2025, Plaintiffs filed the Complaint. (ECF No. 3.)

2. On March 27, Plaintiffs served the Complaint on The Corporation Trust Company ("CT Company"), which was identified by the Delaware Secretary of State as adidas's registered agent for service of process. (ECF Nos. 10, 12-4.) At the time of service, the representative of CT Company stated that she was "authorized to accept service" of the Complaint. (ECF No. 10.)

3. On April 10, Plaintiffs filed a proof of service indicating that the Complaint was served on adidas through CT Company. (*Id.*)

4. On May 14, Plaintiffs requested the Clerk of Court to enter default against adidas on the ground that adidas had failed to answer or otherwise respond to the Complaint. (ECF No. 12.)

5. On May 15, the Clerk entered default as to adidas. (ECF No. 13.)

6. adidas recently learned of the Clerk's entry of default, and informed Plaintiffs on June 10 that it did not receive service of the Complaint. Specifically,

adidas informed Plaintiffs that CT Company is not adidas's registered agent for service of process, should not have represented that it was authorized to accept service, and should not have accepted service. adidas provided additional information to Plaintiffs concerning CT Company and adidas's actual registered agent for service of process, and Plaintiffs conducted further investigation concerning service.

7. adidas has accepted service of the Complaint.

8. On June 10 and 12, the parties met and conferred and, based on the information shared by adidas and Plaintiffs' further investigation, agreed to jointly move to set aside the entry of default and to set a schedule for adidas's response to the Complaint. Specifically, the parties jointly request, subject to the approval of the Court, that:

1) The Court set aside the Clerk's entry of default as to adidas;

2) adidas shall have until July 16, 2025 to respond to the Complaint;

3) Should adidas move to dismiss the Complaint, Plaintiffs shall have until August 22, 2025 to file any opposition; and

4) adidas shall have until September 12, 2025 to file any reply in further support of any motion to dismiss.

///

///

///

///

Dated: June 17, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*

Jonathan D. Uslaner (CA SBN 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

Avi Josefson (*pro hac vice*)
avi@blbglaw.com
Michael Blatchley (*pro hac vice*)
michaelb@blbglaw.com
Timothy Fleming (*pro hac vice*)
timothy.fleming@blbg.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

DON BIVENS PLLC
Don Bivens (*pro hac vice* forthcoming)
don@donbivens.com
Teresita T. Mercado (*pro hac vice* forthcoming)
teresita@donbivens.com
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Tel: (602) 762-2661

***Attorneys for Plaintiffs***

Dated: June 17, 2025

**MORRISON & FOERSTER LLP**

By: */s/ Purvi G. Patel*

Purvi G. Patel

***Attorneys for Defendant adidas America, Inc.***

# ECF ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to Jonathan D. Uslaner, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: June 17, 2025

**MORRISON & FOERSTER LLP**

By: */s/ Purvi G. Patel*
Purvi G. Patel
***Attorneys for Defendant adidas America, Inc.***