PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
EMMA Z. BURGOON (CA SBN 348097)
EBurgoon@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
ADIDAS AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MAEVE CAMPLISSON, DAVID SANCHEZ, and S.D., A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELVIS DICIERO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ADIDAS AMERICA, INC.,

Defendant.

Case No. 25-cv-00603-GPC-KSC

**DEFENDANT ADIDAS AMERICA, INC.'S REQUEST TO CONSIDER DOCUMENTS INCORPORATED BY REFERENCE AND FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Judge: Hon. Gonzalo P. Curiel

Date: October 10, 2025
Time: 1:30 P.M.
Ctrm: 12A (12th Floor)

Complaint Filed: March 19, 2025

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendant adidas America, Inc. respectfully requests that the Court consider the following incorporated by reference into Plaintiffs' Complaint:

- **Exhibit 1:** A true and correct copy of an archival version of the adidas Terms and Conditions (captured by the Wayback Machine on March 13, 2025), available at https://web.archive.org/web/20250313141547/https://www.adidas.com/us/help/us-company-information/what-are-the-terms-and-conditions; and

- **Exhibit 2:** A true and correct copy of an archival version of the adidas Privacy Policy (captured by the Wayback Machine on March 13, 2025), available at https://web.archive.org/web/20250313141547/https://www.adidas.com/us/help/us-company-information/what-is-the-privacy-policy.

adidas also requests that the Court take judicial notice of **Exhibits 1** and **2** and the Complaints filed in the following 78 civil actions ("**Civil Actions 1-78**"):[1]

| | **Case Name** | **Case No.** | **Court** |
|---|---|---|---|
| 1. | *Charles v. Meta Platforms, Inc.* | 3:25-cv-05723 | N.D. Cal. |
| 2. | *White v. Etsy, Inc.* | 4:25-cv-05644 | N.D. Cal. |
| 3. | *Krzyzek et al. v. OpenX Technologies, Inc.* | 3:25-cv-05588 | N.D. Cal. |
| 4. | *Ginder v. Meta Platforms, Inc. et al.* | 5:25-cv-05447 | N.D. Cal. |
| 5. | *Harris et al. v. Meta Platforms, Inc.* | 3:25-cv-05302 | N.D. Cal. |
| 6. | *Abdullah v. AliExpress International (United States) Corporation* | 3:25-cv-05206 | N.D. Cal. |
| 7. | *Dustin Andersen v. Viator, Inc. et al.* | 5:25-cv-01532 | C.D. Cal. |
| 8. | *Dustin Andersen v. Tripadvisor LLC* | 5:25-cv-01527 | C.D. Cal. |
| 9. | *Messenger et al. v. Meta Platforms, Inc.* | 3:25-cv-05067 | N.D. Cal. |
| 10. | *Hahn v. Vision Services Plan, et al.* | 2:25-cv-01580 | E.D. Cal. |
| 11. | *Rose v. Meta Platforms, Inc.* | 3:25-cv-04674 | N.D. Cal. |
| 12. | *Lisa Tsering et al. v. Magnite, Inc.* | 2:25-cv-04874 | C.D. Cal. |

[1] To avoid burdening the Court with an unnecessarily voluminous filing, adidas has not attached as exhibits copies of these Complaints, but provides identifying case information (case name, number, and court). If the Court prefers to have copies of the Complaints, adidas is prepared to submit them.

| | Case Name | Case No. | Court |
|---|---|---|---|
| 13. | *John Tasker v. BMO Bank, N.A. et al.* | 5:25-cv-01304 | C.D. Cal. |
| 14. | *John Tasker v. Truist Financial Corp., et al.* | 5:25-cv-01301 | C.D. Cal. |
| 15. | *Murphy Martines v. The Pep Boys-Manny, Moe and Jack, LLC, et al.* | 2:25-cv-04643 | C.D. Cal. |
| 16. | *Harty v. Dick's Sporting Goods, Inc.* | 2:25-cv-01430 | E.D. Cal. |
| 17. | *Harty v. Nothing Bundt Cakes Franchising, LLC* | 2:25-cv-01431 | E.D. Cal. |
| 18. | *Sedna Herrman v. NBCUniversal Media, LLC, et al.* | 2:25-cv-04506 | C.D. Cal. |
| 19. | *Jones et al. v. California Physicians' Service* | 4:25-cv-03743 | N.D. Cal. |
| 20. | *Foley v. California Physicians' Service* | 4:25-cv-03394 | N.D. Cal. |
| 21. | *Nitaya McGee v. Epsilon Data Management, LLC* | 5:25-cv-00928 | C.D. Cal. |
| 22. | *LaMarre v. California Physicians Service d/b/a Blue Shield of California* | 4:25-cv-03301 | N.D. Cal. |
| 23. | *Reingold v. California Physicians Service* | 4:25-cv-03442 | N.D. Cal. |
| 24. | *Johnson v. California Physicians Service* | 4:25-cv-03234 | N.D. Cal. |
| 25. | *Rentas Torres v. California Physicians' Service* | 4:25-cv-03228 | N.D. Cal. |
| 26. | *Archie v. California Physicians Service d/b/a Blue Shield of California* | 4:25-cv-03222 | N.D. Cal. |
| 27. | *Maravilla v. California Physicians' Service* | 4:25-cv-03213 | N.D. Cal. |
| 28. | *Heck v. California Physicians' Service* | 4:25-cv-03300 | N.D. Cal. |
| 29. | *Aiello v. California Physicians Service d/b/a Blue Shield of California* | 4:25-cv-03386 | N.D. Cal. |
| 30. | *Tsering et al. v. Magnite, Inc.* | 3:25-cv-03201 | N.D. Cal. |
| 31. | *Semien et al. v. PubMatic Inc.* | 3:25-cv-03164 | N.D. Cal. |
| 32. | *Selby et al. v. Sovrn Holdings, Inc.* | 3:25-cv-03139 | N.D. Cal. |
| 33. | *Johnston v. Adobe Inc.* | 5:25-cv-03052 | N.D. Cal. |
| 34. | *Penning et al. v. Microsoft Corporation* | 2:25-cv-00570 | W.D. Wash. |
| 35. | *Bradshaw et al. v. Lowe's Companies, Inc.* | 3:25-cv-00742 | S.D. Cal. |
| 36. | *Hernandez-Mendoza et al. v. The Trade Desk, Inc.* | 3:25-cv-02923 | N.D. Cal. |
| 37. | *Gilligan et al. v. Experian Data Corp., et al.* | 3:25-cv-02873 | N.D. Cal. |
| 38. | *Harvey St. Mary v. Brinker Int'l, Inc., et al.* | 2:25-cv-02345 | C.D. Cal. |
| 39. | *Charles Ballard v. FAT Brands Inc., et al.* | 5:25-cv-00686 | C.D. Cal. |
| 40. | *Camplisson et al. v. Adidas America, Inc.* | 3:25-cv-00603 | S.D. Cal. |
| 41. | *Tash v. Vision Service Plan, et al.* | 2:25-cv-00762 | E.D. Cal. |

| | Case Name | Case No. | Court |
|---|---|---|---|
| 42. | *Golub v. TheHuffingtonPost.com, Inc.* | 3:25-cv-01514 | N.D. Cal. |
| 43. | *Fregosa v. Mashable Inc.* | 3:25-cv-01094 | N.D. Cal. |
| 44. | *Zhen et al. v. Experian Data Corporation, et al.* | 3:25-cv-00948 | N.D. Cal. |
| 45. | *Glenn et al. v. Mixpanel, Inc.* | 3:25-cv-00927 | N.D. Cal. |
| 46. | *Wooten v. BioLife Plasma Services L.P., et al.* | 1:25-cv-00099 | E.D. Cal. |
| 47. | *Deddeh v. Politico LLC* | 3:24-cv-08745 | N.D. Cal. |
| 48. | *Deddeh v. Nexstar Media Inc.* | 3:24-cv-08744 | N.D. Cal. |
| 49. | *Deddeh v. Gannett Co., Inc.* | 3:24-cv-08742 | N.D. Cal. |
| 50. | *Gliksman v. Healthline Media, LLC* | 3:24-cv-08650 | N.D. Cal. |
| 51. | *Khamooshi et al. v. Politico LLC* | 3:24-cv-07836 | N.D. Cal. |
| 52. | *Carolus et al. v. Nexstar Media Inc.* | 3:24-cv-07790 | N.D. Cal. |
| 53. | *Cho v. Paramount Global* | 1:24-cv-08312 | S.D.N.Y. |
| 54. | *Rebeka Rodriguez v. Autotrader.com, Inc.* | 2:24-cv-08735 | C.D. Cal. |
| 55. | *Silvia Garcia v. WPROMOTE, LLC* | 2:24-cv-07780 | C.D. Cal. |
| 56. | *Deivaprakash v. Conde Nast Digital* | 1:24-cv-06503 | S.D.N.Y. |
| 57. | *Wu et al. v. Gannett Co. Inc.* | 3:24-cv-05150 | N.D. Cal. |
| 58. | *Lesh v. Cable News Network, Inc. (CNN)* | 1:24-cv-03132 | S.D.N.Y. |
| 59. | *Motiani v. Future US LLC* | 1:24-cv-02931 | S.D.N.Y. |
| 60. | *Chang v. Buzzfeed, Inc.* | 1:24-cv-02753 | S.D.N.Y. |
| 61. | *Xu v. Reuters News & Media, Inc.* | 1:24-cv-02466 | S.D.N.Y. |
| 62. | *Gabrielli v. U.S. News & World Report, L.P.* | 1:24-cv-01685 | S.D.N.Y. |
| 63. | *Gabrielli v. Insider, Inc.* | 1:24-cv-01566 | S.D.N.Y. |
| 64. | *Shah v. Fandom, Inc.* | 3:24-cv-01062 | N.D. Cal. |
| 65. | *Vincent v. National Debt Relief LLC* | 1:24-cv-00440 | S.D.N.Y. |
| 66. | *Marielita Palacios v. Wolverine World Wide Inc.* | 2:24-cv-00288 | C.D. Cal. |
| 67. | *Silvia Garcia v. Lennar Corporation* | 2:23-cv-10298 | C.D. Cal. |
| 68. | *Greenley v. Kochava, Inc.* | 3:22-cv-01327 | S.D. Cal. |
| 69. | *Cavalier et al. v. National Debt Relief LLC* | 1:24-cv-09194 | S.D.N.Y. |
| 70. | *Berman et al. v. Forbes Media LLC* | 3:24-cv-09287 | N.D. Cal. |
| 71. | *Kearney v. Vision Service Plan et al.* | 5:25-cv-00321 | C.D. Cal. |
| 72. | *Hantel v. National Debt Relief, LLC* | 1:25-cv-01907 | S.D.N.Y. |
| 73. | *Turner v. The Trade Desk, Inc.* | 2:25-cv-02799 | C.D. Cal. |
| 74. | *Rapak v. Adobe Inc.* | 5:25-cv-03032 | N.D. Cal. |
| 75. | *Baker v. Yahoo Inc.* | 1:25-cv-02797 | S.D.N.Y. |

| | Case Name | Case No. | Court |
|---|---|---|---|
| 76. | *DellaSalla et al v. Samba TV, Inc.* | 3:25-cv-03470 | N.D. Cal. |
| 77. | *Hayward v. MParticle Inc. et al.* | 3:25-cv-03551 | N.D. Cal. |
| 78. | *Vincent et al. v. Meta Platforms, Inc. et al.* | 3:25-cv-04822 | N.D. Cal. |

**Exhibits 1** (adidas's Terms and Conditions) and **2 (**adidas's Privacy Policy) are attached hereto and authenticated by the Declaration of Purvi G. Patel. The authenticity of these documents cannot reasonably be questioned because they are publicly available on adidas's website, and the Court may take judicial notice of them. Similarly, **Civil Actions 1-78** are court filings, identified in the Patel Declaration, the contents of which cannot be reasonably questioned.

## II. EXHIBITS 1 AND 2 ARE INCORPORATED BY REFERENCE AND SUBJECT TO JUDICIAL NOTICE

The Court may properly consider **Exhibit 1** (adidas's Terms and Conditions) and **Exhibit 2** (adidas's Privacy Policy) because they are documents "whose contents are alleged in [the] complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading." *Davis v. HSBC Bank Nev., N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012) (alteration adopted) (citation omitted). The Court "may treat such . . . document[s] as part of the complaint, and thus may assume that [their] contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Id.* (citation omitted); *see also Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007) ("courts must consider the complaint in its entirety," including "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice").

adidas's Terms and Conditions and Privacy Policy are incorporated by reference under this standard because Plaintiffs reference, but do not attach, both in their Complaint. (*See, e.g.*, Compl. ¶ 50 (referring to adidas's "Terms of Use" as "describ[ing] that cookies and other tracking technologies are implemented on the

browser in order to collect and store data").)[2] Accordingly, the Court can and should incorporate by reference **Exhibits 1** and **2**, which are complete archival copies of adidas's Terms and Conditions and Privacy Policy, rather than Plaintiffs' paraphrasing. *See Carey Camp v. Qualcomm Inc.*, No. 18-cv-1208, 2020 WL 1157192, at *3 (S.D. Cal. Mar. 10, 2020) (incorporating the full text of documents that plaintiffs quoted or paraphrased in their complaint).

Moreover, the Court may take judicial notice of **Exhibits 1** and **2** because the contents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of terms hyperlinked on publicly accessible websites, such as the adidas Terms and Conditions and Privacy Policy at issue here. *See, e.g.*, *D'Angelo v. FCA US, LLC*, 726 F. Supp. 3d 1179, 1190–91 (S.D. Cal. 2024) (taking judicial notice of privacy policy on publicly available website); *Ford v. Hotwire, Inc.*, No. 07-cv-1312, 2007 WL 6235779, at *1 (S.D. Cal. Nov. 19, 2007) (taking judicial notice of terms of use on publicly available website). Additionally, "[c]ourts have taken judicial notice of the contents of web pages available through the Wayback Machine as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *UL LLC v. Space Chariot Inc.*, 250 F. Supp. 3d 596, 604 n.2 (C.D. Cal. 2017) (quotations and citation omitted); *see also In re Packaged Seafood Prods. Antitrust Litig.*, 338 F. Supp. 3d 1118, 1132 n.8 (S.D. Cal. 2018); *Sabatini v. Price*, No. 17-CV-01597-AJB-JLB, 2018 WL 1638258, at *5 n.6 (S.D. Cal. Apr. 5, 2018) (taking judicial notice of webpage obtained from the Internet Archive on its own initiative), *aff'd sub nom. Sabatini v. Azar*, 749 F. App'x 588 (9th Cir. 2019); *O'Connor v. Lyft, Inc.*, No. 16-cv-00351-JSW, 2016 WL 6126966, at *3 (N.D. Cal. Apr. 14, 2016) ("Courts have found that

---

[2] Plaintiffs' reference to adidas's "Terms of Use" throughout the Complaint appears intended to refer to both the Privacy Policy and Terms and Conditions. (*See* Compl. ¶ 51 (screenshot highlighting hyperlinks to Privacy Policy and Terms and Conditions).)

contents of web pages contained on and available through the Wayback Machine are judicially noticeable under Federal Rule of Evidence 201").

## III. THE COMPLAINTS IN CIVIL ACTIONS 1-78 ARE SUBJECT TO JUDICIAL NOTICE

Courts regularly take judicial notice of court filings. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); *see also Culture of Life Family Servs., Inc. v. Attorney Gen. Rob Bonta*, No. 24-cv-1338, 2025 WL 1687929, at *3 (S.D. Cal. June 13, 2025) (Curiel, J.) (taking judicial notice of court filings). Thus, the Court may properly judicially notice the Complaints in **Civil Actions 1-78** because they are court filings, the contents of which "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

## IV. CONCLUSION

For these reasons, adidas respectfully requests that the Court consider the documents attached as **Exhibits 1** and **2** incorporated by reference into Plaintiffs' Complaint, and separately take judicial notice of them. adidas also respectfully requests that the Court take judicial notice of **Civil Actions 1-78**.

Dated: July 16, 2025

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel

***Attorneys for Defendant adidas America, Inc.***

# EXHIBIT 1

1

Back Company Information

# WHAT ARE THE TERMS AND CONDITIONS?

Last updated: 7/30/2023

Welcome to adidas! These terms and conditions govern your access to and use of www.adidas.com/us, the adidas App (the "App"), and any other website or application in which we present these terms and conditions (collectively with any content, shopping services, and community services provided those sites and apps, the "Platform"). The Platform is owned and operated by adidas America, Inc. ("adidas/we/us"). These terms and conditions include and incorporate the additional policies and terms referenced here (collectively with these terms and conditions, the "Terms"). Please read the Terms carefully. **By using our Platform, you accept and agree to the Terms.** If you disagree with the Terms, please do not use the Platform and exit immediately.

We reserve the right to change the Terms from time to time. These changes will become effective when we post them. Your continued use of our Platform after we post changes to the Terms will mean you accept those changes. **Please note our policy regarding resellers below**.

**THESE TERMS REQUIRE YOU TO SUBMIT CLAIMS EXCLUSIVELY TO INDIVIDUAL (NON-CLASS ACTION) BINDING ARBITRATION. SEE BELOW.**

## 1. ELIGIBILITY

You must be at least 13 years old to access the Platform. If you are at least 13 years old but less than 18 years old, you can register for an account or use the Platform only after your parent(s), guardian, or legal representative has consented to these Terms. **adidas may at all times request written proof of such consent.**

## 2. PLATFORM CONTENT

Other than User Generated Content, all of the content featured or displayed on the Platform, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by adidas, its licensors, affiliates, vendors, agents and/or its Content providers. All elements of the Platform, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark, and other laws relating to intellectual property rights. The Platform may only be used for the intended purpose for which that Platform is being made available.

Except as otherwise indicated in specific areas within the Platform, you are authorized to view, play, print, and download documents, audio, and video found on our Platform for personal, informational, and noncommercial purposes only. You may not modify any of the materials or copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any information or work contained on the Platform. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on the Platform. For purposes of these Terms, the use of any such material on any other website or networked computer environment is prohibited. You must comply with all applicable domestic and international laws, statutes, ordinances, and regulations regarding your use of the Platform. The Platform, its Content, and all related rights will remain the exclusive property of adidas or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark, or other proprietary notices from material found on this Platform.

Content on this Platform may include images of people playing sports and exercising. Please be aware that we are not familiar with your individual physical characteristics and health. Before you begin an exercise program, you should get a medical checkup. It is important that you warm-up and stretch before engaging in physical activity and that you use common sense while engaging in physical activity. If you experience any pain, feel weak, dizzy, exhausted, or become short of breath, immediately stop your workout. When you engage in physical activity, you assume all inherent risks.

# 3. USER-GENERATED CONTENT – INFORMATION CONTROL

All opinions, remarks, comments, artwork, graphics, photographs, links, questions, suggestions, information, videos, and other materials that you or other users of the Platform post, upload, transmit, display or otherwise make available through the Platform ("User Generated Content") are the sole responsibility of you or the person who provided that User Generated Content. This means that you, not adidas, are responsible for the User-Generated Content you post, upload, transmit, display, or otherwise make available through the Platform. You must not suggest, directly or indirectly, that adidas endorses your User Generated Content.

Adidas does not control User Generated Content and does not guarantee the accuracy, integrity, or quality of any User Generated Content. Furthermore, the User Generated Content is for informational purposes only and is not intended to be a substitute for professional medical advice, diagnosis, or treatment. We are not responsible for any User-Generated Content and will not be liable for any loss or damage caused by any User-Generated Content or your use of or reliance on it. You understand that by using the Platform, you may

be exposed to User-Generated Content that is offensive, indecent, or objectionable. m. By using the Platform, you may be exposed to User-Generated Content that you find offensive, objectionable, harmful, inaccurate, or deceptive. There may also be risks of dealing with underage persons, people acting under false pretenses, international trade issues, and foreign nationals. By using our Platform, you assume all associated risks.

By posting, uploading, transmitting, displaying, or otherwise making available User Generated Content through the Platform, you agree that:

you are the owner of all rights to that User-Generated Content;

you have waived all "moral rights" that you may have in that User-generated Content, including but not limited to the right to be identified as the author of that content;

you have the right to allow our use of that User-Generated Content under these Terms;

all User Generated Content that you post is accurate; does not violate these Terms; will not result in a violation of any agreement to which you are currently bound or will become bound in the future; does not and will not violate any applicable law; and will not cause injury to any person or entity; and

you are at least 13 years old.

# 4. USER-GENERATED CONTENT – YOUR LICENSE TO US

User-Generated Content remains the intellectual property of the individual user. By posting, uploading, transmitting, displaying, or otherwise making available User Generated Content through the Platform, you grant adidas a non-exclusive, perpetual, irrevocable, royalty-free, worldwide, fully sub-licensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform, and display that User Generated Content, in whole or in part, throughout the world in any form, medium or technology, whether now known or later developed.

We may modify or adapt User Generated Content, including in order to transmit, display, or distribute it over networks and to conform to the requirements of networks, services, or other media. We or others may, in our sole discretion, refer to your name or other identifiers you provided when posting User Generated Content. You promise that our publication and use of your User Generated Content will not infringe the rights of any third party.

All User-Generated Content that you post, upload, transmit, display, or otherwise make available through the Platform may be used by adidas in accordance with our Privacy Policy. adidas reserves the right to change, condense, delete, or refuse to post any User-Generated Content on the Platform at its sole discretion. adidas does not guarantee that you can edit or delete any User Generated Content you have made available in connection with the Platform. We are not under any obligation to keep confidential the User-Provided Content that you make available through the Platform.

# 5. PRODUCTS, FEATURES

All features, content, specifications, products, and prices of products and services described or depicted on this Platform are subject to change at any time without notice. Certain weights, measures, and similar descriptions are approximate and are provided for convenience purposes only. We make all reasonable efforts to accurately display the attributes of our products, including the applicable colors; however, the actual color you see will depend on your computer system, and we cannot guarantee that your computer will accurately display such colors. The inclusion of any products or services on this Platform at a particular time does not imply or warrant that these products or services will be available at any time. It is your responsibility to ascertain and obey all applicable local, state, federal, and international laws (including minimum age requirements) in regard to the possession, use, and sale of any item purchased from this Platform. By placing an order, you represent that the products ordered will be used only in a lawful manner. All DVDs and similar products sold are for private, home use (where no admission fee is charged), non-public performance, and may not be duplicated.

# 6. ACCURACY OF INFORMATION

We attempt to ensure that the information on this Platform is complete, accurate, and current. Despite our efforts, the information on this Platform may occasionally be inaccurate, incomplete, or outdated. Except as prohibited by applicable New Jersey law, we make no representation as to the completeness, accuracy, or currency of any information on this Platform. For example, products included on this Platform may be unavailable, may have different attributes than those listed, or may actually carry a different price than that stated on this Platform. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm orders by email, the receipt of an email order confirmation does not constitute our acceptance of an order or our confirmation of an offer to sell a product or service. We reserve the right, without prior notice, to limit the order quantity on any product or service and/or to refuse service to any customer. We also may require verification of information prior to the acceptance and/or shipment of any order.

# 7. SHIPPING AND RETURNS

When an order is placed, it will be shipped to an address designated by the purchaser as long as that shipping address is compliant with the shipping restrictions contained on this Platform. All purchases from this Platform are made pursuant to a shipment contract. As a result, the risk of loss and title for items purchased from this Platform passes to you upon delivery of the items to the carrier. **Based on your return history, we reserve the right, in our sole discretion, to issue your refund through an adidas gift card and to require you to initiate your returns by contacting our Customer Service Department.** Please review our Returns and Refunds Policy, which is incorporated into these terms. In addition, if delivery is unsuccessful or refused because you provided the incorrect address, we reserve the right to charge you a restocking and reshipping fee.

# 8. THIRD-PARTY LINKS

From time to time, this Platform may contain links to websites that are not owned, operated, or controlled by adidas or its affiliates. All such links are provided solely as a convenience to you. If you use these links, you will leave this Platform. Neither we nor any of our respective affiliates are responsible for any content, materials, or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, any content, materials, or other information located or accessible from any other websites, or the results that you may obtain from using any other websites. If you decide to access any other websites linked to or from this Platform, you do so entirely at your own risk.

# 9. **NO RESELLING**; OTHER UNAUTHORIZED USE OF COMPUTER SYSTEM

**You may not use this Platform to purchase items for resale. if we determine, in our sole discretion, that you are purchasing items for resale, we reserve the right to, without limitation, cancel your order, refuse returns, refuse refunds, charge a restocking fee, close your account, and take any other action we deem reasonable to restrict your current and future reselling of our products. We reserve the right to stop doing business with customers who violate our no-reselling policy.**

You agree to comply with all laws, rules, and regulations applicable to your access to and use of the Platform. In addition, you agree not to post, upload, transmit, display, or otherwise make available through the Platform any User Generated Content that is unlawful, misleading, threatening, harassing, defamatory, libelous, obscene, profane, invasive of another's privacy, or that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, that harms minors or that otherwise violates any law. Such violations may subject the sender and his or her agents to civil and criminal penalties. You further understand and agree that sending unsolicited email advertisements to any user of the Platform or the Platform or through Voice computer systems is expressly prohibited by these Terms. Any such unauthorized use of our Platform or computer systems is a violation of these Terms and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this Platform. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials.

# 10. ACCESS AND INTERFERENCE

You agree that you will not use any robot, spider, scraper, or other automated means to access the Platform for any purpose without our express written permission. Additionally, you agree that you will not do or attempt to do any of the following: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere with the proper working of the Platform, any activities conducted on the Platform or any networks connected to the Platform; (iii) bypass any measures we may use to prevent or restrict access to the Platform, whether through hacking, password “mining” or any other unauthorized means, (iv) probe, scan, or test the vulnerability of the Platform or any network connected to the Platform, or (v) harvest or otherwise collect and store information about other users of the Platform, including e-mail addresses.

# 11. ACCOUNT SECURITY

You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Platform.

# 12. FEES

For all charges for any products and services sold on the Platform, adidas will bill your credit card or alternative payment method offered by adidas. Any seasonal surcharges will be included in your order's delivery total and are non-refundable. If legal action is necessary to collect on balances due, you agree to reimburse adidas for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for the purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this Platform.

# 13. FORCE MAJEURE

Neither adidas nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other common carriers.

# 14. PRIVACY

Your use of our Platform is subject to our Privacy Policy. Please read our Privacy Policy here.

# 15. DISCLAIMER

Except as prohibited by applicable New Jersey law, the information, materials, and services provided on or through this Platform are provided “as is” without any warranties of any kind including warranties of merchantability, fitness for a particular purpose, or non-infringement of intellectual property. Except as prohibited by applicable New Jersey law, neither adidas, nor any of its respective affiliates (i) warrants the accuracy or completeness of the information, materials, or services provided on or through the Platform or (ii) makes any commitments or assumes any duty to update such information, materials or services.

Neither adidas, nor any of its respective affiliates, warrants that the functions contained in this Platform will be uninterrupted or error-free, that defects will be corrected, or that the server that makes the content available will be free of viruses or other harmful components.

Except as prohibited by applicable New Jersey law , we hereby disclaim all warranties of any kind, either express or implied, including, any implied warranties with respect to the products and services listed or purchased on or through this Platform. Without limiting the generality of the foregoing, we hereby expressly disclaim all liability for product defect or failure, claims that are due to normal wear, product misuse, abuse, product modification, improper product selection, non-compliance with any codes, or misappropriation, except as prohibited by applicable New Jersey law. We make no warranties to those defined as “consumers” in the Magnuson-Moss Warranty Act.

# 16. LIMITATION OF LIABILITY

Your use of the Platform is at your own risk. You agree that our sole obligation to you is to provide the Platform “as is.” Except as prohibited by applicable New Jersey law, neither adidas nor any of its employees, officers, directors nor any of its agents or any other party involved in creating, producing, or delivering the Platform shall be liable to you or to any third party for your use of, or the inability to use, the Platform and its Content except in cases of (a) gross negligence, recklessness, or an act of knowing or intentional willful misconduct; or (b) a violation of a consumer protection statute in connection with the Platform.

Except as prohibited by applicable New Jersey law, in no event will adidas or any of their respective officers, directors, employees, shareholders, affiliates, agents, successors or assigns, nor any party involved in the creation, production, or transmission of this Platform, be liable to you or anyone else for any indirect, special, punitive, incidental or consequential damages (including, without limitation, those resulting from lost profits, lost data or business interruption) arising out of the use, inability to use, or the results of the use of the Platform, any Platforms linked to this Platform, and its Content, whether based on warranty, contract, tort or

any other legal theory and whether or not advised of the possibility of such damages. Please refer to your local laws for any such prohibitions. NEW JERSEY RESIDENTS: With respect to these Terms, the provision concerning the exclusion or limitation of certain damages is not applicable in New Jersey with respect to statutory damages, punitive damages, loss of data, and loss of or damage to property. Please refer to the Section below titled “LEGAL NOTICE TO NEW JERSEY RESIDENTS.”

If there are any problem with this Platform or any Content, you agree that your sole remedy is to cease using this Platform. If there is any problem with the products or services that you have purchased on or through this Platform, you agree that your sole remedy, if any, is from the manufacturer of such products or supplier of such services, in accordance with such manufacturer's or supplier's warranty, or to seek a return and refund for such product or services in accordance with the returns and refunds policies posted on this Platform. Except as prohibited by applicable New Jersey law, in no event shall adidas’ total liability to you for all damages, losses, and causes of action whether in contract, tort (including, but not limited to, negligence), or otherwise exceed the greater of (a) fifty dollars ($50.00) or (b) the value of your purchase on the Platform.

## 17. LEGAL NOTICE TO NEW JERSEY RESIDENTS

No provision in these Terms shall apply to any consumer in New Jersey if the provision limits redress for/under: (i) adidas’ tortious actions (e.g., negligence, failure to exercise a basic standard of care, failure to avoid creating an unreasonable risk of harm); (ii) the New Jersey Products Liability Act, N.J.S.A. 2A:58C-1, et seq. (i.e., the statutorily imposed duty to refrain from manufacturing and selling dangerous products, with the possibility of punitive damages for violations thereof); (iii) the New Jersey Punitive Damages Act, N.J.S.A. 2A:15-5.9, et seq. (i.e., the statutory right to pursue punitive damages if there is harm caused by actual malice, wanton and willful disregard, reckless indifference); (iv) the New Jersey Uniform Commercial Code (i.e., a comprehensive statutory regime governing the rights and duties of buyers and sellers with respect to contracts for the sale of goods, with the possibility of damages for economic and property harm); and (v) adidas’ failure to reasonably protect against harm arising from certain criminal acts of third parties (e.g., computer hacking and identity theft, as regulated by the Federal Trade Commission and the Federal Communications Commission, and as governed by the New Jersey Identity Theft Protection Act, N.J.S.A.56:8-161, et seq., and the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-3, et seq.). With respect to these Terms, the provision concerning the exclusion or limitation of certain damages is not applicable in New Jersey with respect to statutory damages, punitive damages, loss of data, and loss of or damage to property.

## 18. INDEMNITY

Except as prohibited by applicable New Jersey law, you agree to defend, indemnify and hold adidas and any affiliated company or individual harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to any violation of these Terms by you or your authorized users, or in connection with the use of the Platform or the Internet or your purchases or the placement or transmission of

any message or information on this Platform by you or your authorized users or your violation of any law or the rights of a third party.

# 19. RELEASE

If you have a dispute with one or more other users of the Platform, you release adidas (and its officers, directors, agents, subsidiaries, joint ventures and employees) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

# 20. TERMINATION

You or we may suspend or terminate your account or your use of this Platform at any time, for any reason, or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to our Platform if (a) you breach these Terms; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

# 21. PLATFORM DISPUTES

“Platform Disputes” include: (a) any claim you may have against adidas in connection with the Site, (b) any claim adidas may have against you in connection with the Site, and (c) any action to enforce the Terms and Conditions or to object to the Terms and Conditions.

All other disputes are Non-Platform Disputes. Any claim arising from your purchase of an adidas product or service is a Non-Platform Dispute. Any claim arising from the content of any offer or advertisement on the Site is a Non-Platform Dispute.

# 22. PLATFORM DISPUTE RESOLUTION – ARBITRATION, JURY TRIAL WAIVER, AND CLASS ACTION WAIVER

Neither you nor we will be able to sue in court in connection with a Platform Dispute. All Platform Disputes must be resolved through individual (non-class) arbitration. You indicate your acceptance of these Terms and Conditions, including this agreement to arbitrate, by continuing to use the Site after having the opportunity to review these Terms and Conditions.

You and adidas intend for this to be an agreement for arbitration that can be enforced under the Federal Arbitration Act (FAA), 9 U.S.C.A. §§ 1–16.

You and adidas waive any rights to maintain other available resolution processes for Platform Disputes, such as a court action or administrative proceeding, to settle disputes. You and adidas waive any right to a jury trial for Platform Disputes.

Instead of suing in court, we each agree to settle Platform Disputes only by arbitration. The rules in arbitration are different. There's no judge or jury, and review is limited, but an arbitrator can award the same damages and relief and must honor the same limitations stated in the agreement as a court would.

Any Platform Dispute shall be determined by arbitration in Oregon before one arbitrator(s). The arbitration shall be administered by JAMS pursuant to JAMS' Streamlined Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-streamlined-arbitration/. Judgment on the award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. If for any reason, JAMS cannot or will not provide this arbitration, the parties may ask any court of competent jurisdiction to select an arbitrator from a list provided by the parties.

To the extent, that a party commences any action with includes both Platform Disputes and Non-Platform Disputes, consideration of the Non-Platform Disputes shall be stayed until the Platform Disputes are fully arbitrated. Then, any Non-Platform Disputes will be considered by any court of competent jurisdiction.

You agree that you will not file a class action against adidas and its affiliated companies, or participate in a class action against adidas and its affiliated companies, in any Platform Dispute. You agree that you will not file or seek a class arbitration, or participate in a class arbitration against adidas and its affiliated companies, in any Platform Dispute.

# 23. GENERAL

Any claim relating to, and the use of, this Site and the materials contained herein is governed by the laws of the State of Oregon, U.S.A. You consent to the exclusive jurisdiction of the state and federal courts located in Multnomah County, Oregon. A printed version of these Terms will be admissible in judicial and administrative proceedings based upon or relating to these Terms to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.
Except as prohibited by applicable New Jersey law, we do not guarantee continuous, uninterrupted, or secure access to our Platform, and the operation of the Platform may be interfered with by numerous factors outside of our control.

If any provision of these Terms is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced.

You agree that the Terms may be automatically assigned by adidas in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to

subsequent or similar breaches. Sections 4 (User Generated Content – Your License to Us); 10 (Access and Interference), 16 (Limitation of Liability), 17 (Legal Notice to New Jersey Residents), 18 (Indemnity), and 19 (Release) shall survive any termination or expiration of the Terms.

# 24. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE

In operating the Platform, we may act as a "services provider" (as defined by DMCA) and offer services as an online provider of materials and links to third-party Platforms. As a result, third-party materials that we do not own or control may be transmitted, stored, accessed, or otherwise made available using the Platform. If you believe any material available via the Platform infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA. We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content. Our designated agent (i.e., proper party for notice) to whom you should address infringement notices under the DMCA is Paul Ehrlich, adidas, 5055 N. Greeley, Portland, OR 97217. Please provide the following notice:
Identify the copyrighted work or other intellectual property that you claim has been infringed; Identify the material on the Site that you claim is infringing, with enough detail so that we may locate it on the Site; A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; your address, telephone number, and email address; and your physical or electronic signature.

# 25. HYPE SALES

These hype terms and conditions ("Hype Terms") govern your participation in any adidas hype event that may be available in your country ("Hype Event"). These Hype Events provide an opportunity for consumers to purchase a limited edition adidas product ("Hype Product") via (one or more channels of) the Platform or in an adidas store. During the registration and/or participation for any Hype Event, we will communicate to you which type of Hype Event you are entering. The specific terms that apply to the different types of Hype Events are listed below. By registering and/or participating in any Hype Event you agree to be bound to these Hype Terms and the decisions of adidas. The Hype Terms apply in addition to the other terms set out in these Terms.  If there is a conflict between the general terms and conditions for the Platform and these Hype Terms, then these Hype Terms will control. We are offering a limited number of Hype Products for purchase through a Hype Event. This offer is good while supplies last and may be limited to one Hype Product per participant and account during the Hype Event.

adidas reserves the right to modify these Hype Terms, and to cancel, modify, or suspend the Hype Event at any time. adidas has the right, in its sole discretion, to disqualify or prohibit from participating in the Hype Event any individual who adidas believes (i) has tampered with the entry process or undermined the legitimate operation of the Hype Event in any manner; (ii) has engaged in conduct that annoys, abuses, threatens, or harasses any other participant or any representative of adidas; or (iii) has attempted or intends to attempt any of the foregoing. The use of agents or automated devices, programs, or methods to submit entries is prohibited, and adidas has the right, in its sole discretion, to disqualify any participant that it believes may have submitted an entry using such an agent or automated device, program, or method.

If we select participants at random, we may not always be able to compute the exact amount of tax at the time you complete your participation in the Hype Event. In these situations, taxes that appear when you enter the Hype Sale may be estimated. The actual taxes charged to your payment method will be calculated based on the applicable state and local tax rates if and when you are selected to purchase the Hype Product, and will be reflected on the receipt emailed to you at that time.

**25.1 Hype eCom Draw Sale**

Sale Period

The Hype eCom Draw Sale ("Draw Sale") begins and ends on the period described on the Platform (the "Sale Period").

How to Participate

In order to participate through the App, you must have a device that uses the iOS or Android operating system and has the ability to receive text messages. You also must have location services and in-app messaging enabled on your device. To participate, create an adiClub account. Once you have an account, during the Sale Period, you must enter the requested information to complete your participation.

Participation Rules

All entries must be submitted and received before the conclusion of the Sale Period. Normal time rates and data charges, if any, charged by your internet or mobile service provider will apply. All entries are subject to verification at any time. Proof of submission does not constitute proof of entry.

Selection of Purchasers

After the end of the Sales Period, participants will be selected at random to purchase the Hype Product ("Purchaser"), with some advantage given to higher-level adiClub members. However, being an adiClub member, even in the higher levels, does not guarantee that you will be selected to be a Purchaser.

Product Purchase and Delivery

If you are selected as a Purchaser, we will notify you by e-mail (sent to the e-mail address provided when entering), and automatically charge the purchase price of the Hype Product, plus any applicable taxes, and shipping and handling, to the payment method you provided to participate in the Draw Sale. We will ship the

Hype Product to the shipping address you provided to participate in the Draw Sale. adidas' standard payment and shipping terms apply.

Returns

Purchasers may return Hype Products, subject to our returns policy for Hype products, which is available on our website.

**25.2 Hype eCom "First Come, First Served" Sale**

Sale Period

The Hype eCom "First Come, First Served" Sale begins and ends on the period described in the Platform (the "Sale Period"). The first-come, first-served mechanism may be used for e.g. the Ivy Park Hype Products.

How to Participate

In order to participate through the App, you must have a device that uses the iOS or Android operating system and has the ability to receive text messages. You also must have location services and in-app messaging enabled on your device. To participate, create an adiClub account. Once you have an account, during the Sale Period, you must enter the requested information to complete your participation.

Participation Rules

All entries must be submitted and received before the conclusion of the Sale Period. Normal time rates and data charges, if any, charged by your internet or mobile service provider will apply. All entries are subject to verification at any time. Proof of submission does not constitute proof of entry.

Selection of Purchasers

After the end of the Sales Period, participants will be selected on a first-come, first-served basis, to purchase the Hype Product ("Purchaser"), with some advantage given to higher-level adiClub members. However, being an adiClub member, even at the higher levels, does not guarantee that you will be selected to be a Purchaser.

Product Purchase

You should complete the checkout of the Hype Products in your shopping list as fast as you can after the Hype Products have been released for purchase, to increase the chance of purchasing them. We do not guarantee you can purchase any of the Hype Products that are on your shopping list either prior to or after the release of the Hype Products. We will notify you of the exact time of release through a timer on the Platform and by e-mail (sent to the e-mail address provided when entering).

Returns

Purchasers may return Hype Products, subject to our returns policy for Hype products, which is available on our website.

**25.3 Hype eCom "Queue Light" Sale**

Sale Period

The Hype eCom "Queue Light" Sale begins and ends on the period described in the Platform (the "Sale Period"), and ends, at the latest when all Hype Products are sold out.

How to Participate

In order to participate through the App, you must have a device that uses the iOS or Android operating system and has the ability to receive text messages. You also must have location services and in-app messaging enabled on your device. To participate, create an adiClub account. Once you have an account, during the Sale Period, you must enter the requested information to complete your participation.

Participation Rules

All entries must be submitted and received before the conclusion of the Sale Period. Normal time rates and data charges, if any, charged by your internet or mobile service provider will apply. All entries are subject to verification at any time. Proof of submission does not constitute proof of entry.

Selection of Purchasers

During the Sales Period, participants will be selected on a first come first served basis, for each available shoe size, to purchase the Hype Product ("Purchaser").

Product Purchase

Your registration in the Hype Event means you agree to purchase the item if you win. We do not guarantee you can purchase any of the Hype Products either prior to or after the release of the Hype Products.

Returns

Purchasers may return Hype Products, subject to our returns policy for Hype products, which is available on our website.

**25.4 Hype eCom "Queue Pro" Sale**

Sale Period

The Hype eCom "Queue Pro" Sale begins and ends on the period described in the Platform (the "Sale Period").

How to Participate

In order to participate through the App, you must have a device that uses the iOS or Android operating system and has the ability to receive text messages. You also must have location services and in-app messaging enabled on your device. To participate, create an adiClub account. Once you have an account, during the Sale Period, you must enter the requested information to complete your participation.

Participation Rules

All entries must be submitted and received before the conclusion of the Sale Period. Normal time rates and data charges, if any, charged by your internet or mobile service provider will apply. All entries are subject to verification at any time. Proof of submission does not constitute proof of entry.

Selection of Purchasers

During the Sales Period, participants will be selected at random to purchase the Hype Product ("Purchaser"), except that some advantage may be given to participants based on certain criteria such as, for example, App engagement, participation in other Hype Events, and adiClub membership level. However, being an adiClub member, even at the higher levels, does not guarantee that you will be selected to be a Purchaser.

Product Purchase

Your registration in the Hype Event means you agree to purchase the item if you win. We do not guarantee you can purchase any of the Hype Products either prior to or after the release of the Hype Products.

Returns

Purchasers may return Hype Products, subject to our returns policy for Hype products, which is available on our website.

**25.5 Retail Exclusive Hype Release**

How to Participate

When participating, please remember to follow all safety guidelines in your area, including ones related to COVID-19.

In order to participate in the Retail Exclusive Hype Release, you must sign up to join a launch event in the App, which will give you a chance to win a reservation for a particular style of Hype Product. Signing up to join a launch event is not a guarantee of a reservation. During the process of signing up for a launch event, you will select your preferred size and store. In order to receive notice of exclusive releases in your area, push notifications must be enabled within the App. Location services must be enabled on your device.

Selection of Purchasers

Reservations are granted based on a random selection and are non-transferable. To reserve a Hype Product, you must be within a pre-determined zone around eligible store locations as determined within the App. If you are selected to make a reservation, you will be provided a pick-up location and several timeslots. If you do not choose a timeslot, one will be allocated to you. At the designated time, you are required to bring your device with the App installed and containing a valid voucher (QR code) confirming your reservation to your pick-up location.

Product Purchase

In order to complete a purchase of the Hype Product, you must bring a photo ID, an acceptable method of payment, and provide the confirmation voucher to a store employee. If you do not or are unable to pick up the Hype Product at the time, date and location indicated, it will not be held for you. Receiving a reservation is not a guarantee that you will be able the purchase the Hype Product. One (pair of the) Hype Product can be picked up per person regardless of the number of reservations. Additional terms may apply to particular launch events and reservations for particular styles of the Hype Product. Any such additional terms will be disclosed at the time you seek to join such a launch event or make such a reservation.

Returns

If you buy the reserved Hype Product, you pay for it in-store. Purchasers may return Hype Products, subject to our returns policy for Hype products and in-store purchases, which are available on our website.

**25.6 Hype eCom "Unbox" Sale**

Sale Period

The Hype App "Unbox" Sale begins and ends on the period described in the Platform and ends once the Products are sold out or at a time communicated within the App, whichever comes first (the "Sale Period").

How to Participate

In order to participate through the App, you must have a device that uses the iOS or Android operating system and has the ability to receive text messages. You also must have location services and in-app messaging enabled on your device and be located in a Drop Area. To participate, create an adiClub account. Once you have an account, during the Sale Period, you must enter the requested information to complete your participation.

**Unbox Safety Notice and Release**

**Any physical activity and any presence in public spaces carries an inherent risk of potential accident or injury or illness. Your participation in this Hype Event is voluntary and at your own risk. You will use common sense during the Hype Event, stop movement if you experience any pain or start to feel tired or dizzy, and follow all safety guidelines in your area, including ones related to COVID-19. YOU HAVE READ THE SAFETY NOTICE ABOVE AND YOU HEREBY ASSUME ALL RESPONSIBILITY FOR, AND RELEASE AND HOLD ADIDAS, AND EACH OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, AND AFFILIATES HARMLESS FROM, LIABILITY OF ANY KIND WHATSOEVER, DIRECTLY OR INDIRECTLY ARISING OUT OF OR RESULTING IN ANY WAY FROM YOUR PARTICIPATION THE HYPE EVENT. YOU EXPRESSLY ASSUME THE RISKS INHERENT IN YOUR PARTICIPATION IN THE HYPE EVENT.**

Participation Rules

The Hype Event is limited to specific geographic areas in one or more cities, as further described in the App (each location, a "Drop Area"). Participants must be physically within a Drop Area to participate in the Hype Event. During the Sale Period, follow the instructions in the App on how to participate. Normal time rates and data charges, if any, charged by your internet or mobile service provider will apply. Participating in this Hype Event does not guarantee that you will be able to purchase a Hype Product.

Once you start participating in the Hype Event during the Sale Period, you will see a number of virtual shoeboxes on a map of the Drop Area. Only one of these boxes will contain a virtual version of the Product. To open a virtual shoebox, you must be within a certain distance from that box, as described in the App.

Selection of Purchasers

During the Sales Period, participants will be selected on a first come first served basis in relation to the Drop Area, to purchase the Hype Product ("Purchaser"). Once you find and open the box containing the virtual Product, you have a limited number of minutes to purchase the Product.

Product Purchase

All purchases must be completed before the conclusion of the Sales Period. We do not guarantee you can purchase any of the Hype Products either prior to or after the release of the Hype Products.

Returns

Purchasers may return Hype Products, subject to our returns policy for Hype products, which is available on our website.

# 26. ENTIRE AGREEMENT

These Terms constitutes the entire agreement between the user and adidas and supersedes any prior understandings or agreements (written or oral).

# 27. CONTACT US; SMS TEXT TERMS

If you do not understand any of the foregoing Terms or if you have any questions or comments, we invite you to contact our Customer Service Department by email at customerservice@shopadidas.com or by calling 1-800-982-9337.

In some cases, you may be able to text our customer service team. If you contact us via SMS text, you agree to these terms: We will respond to you in one or more SMS messages. Standard message and data rates may apply to any messages sent by us or you. Please contact your wireless provider with any questions regarding text messaging or data rates and plans. You represent and warrant that you have the authority to agree to receive SMS messages on the telephone number that you have provided to us, or from which you sent the SMS request to us. SMS messaging is not available in all areas. Not all mobile devices or handsets may be supported. Adidas is not responsible for delayed or undelivered messages. To stop receiving SMS messages from adidas customer service, send "STOP". For additional help, please contact customer service through email or by calling.

# 28. COPYRIGHT AND TRADEMARKS NOTICE

All Site design, graphics, text selections, arrangements, and all software are Copyright© 2016 adidas America, Inc.

All trademarks, service marks, and trade names of adidas used herein (including but not limited to: the adidas name, the adidas corporate logo, the adidas trefoil Design, and the Three Stripe logo) (collectively “Marks”)

are trademarks or registered trademarks of the adidas Group, or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify adidas trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this site, without adidas' prior written consent. The use of adidas trademarks on any other Platform or network computer environment is not allowed. This protects you, too. When you see the adidas marks, you can be sure of our quality and performance. adidas prohibits the use of adidas trademarks as a "hot" link on or to any other Platform unless the establishment of such a link is approved in advance.

## DID YOU FIND THIS ARTICLE HELPFUL?

Yes

No

### FREQUENTLY ASKED QUESTIONS

**What is the adidas Employee Store Digital Pass?**

Company Information

**How do I return my produ**

Returns & Refunds

VIEW ALL

### YOUR OPINION COUNTS

We strive to serve you better and appreciate your feedback

BACK TO TOP

LOGIN

YOUR BAG (0)

JOIN OUR ADICLUB & GET 15% OFF

SIGN UP FOR FREE

Help

Returns & Exchanges

Order Tracker

Shipping

Promotions

Sitemap

adiClub

Store Finder

Gift Cards

adidas Apps

Size Charts

Your Privacy Choices

Privacy Policy

Terms and Conditions

© 2025 adidas America, Inc.

# EXHIBIT 2

Back Company Information

# WHAT IS THE PRIVACY POLICY?

Last updated: July 3, 2024
Last reviewed: July 3, 2024

## PRIVACY POLICY

**adidas has recently updated its privacy policy to clarify our personal information practices in the US.** Residents of certain states, such as California, Colorado, Connecticut, Montana, Texas, Utah, and Virginia, may have additional personal information rights and notices. Please see Section 10 (Additional Information for Specific States) below for more information. For Puerto Rico residents, please see our Puerto Rico privacy policy here.

## Introduction and Scope of this Privacy Policy

This Privacy Policy (the "Policy") describes how adidas America, Inc. ("adidas" or "we", "us", or "our") collects, uses, and discloses personal information. This Policy applies to those adidas U.S. websites and applications that display or link to this Policy (referred to in this Policy as the "Website"). This Policy also applies to other U.S. services, including retail stores, that display or link to these terms. It does not apply to those adidas sites, services and products that have their own privacy policies. This privacy policy outlines the following:

1. What Personal Information Do We Collect?
2. From Where Do We Collect Personal Information?
3. How Do We Use Your Personal Information?
4. How Do We Use Cookies and Other Tracking Technologies?
5. How Do We Disclose Your Personal Information?
6. How Can You Exercise Your Privacy Rights and Choices?
7. How Can You Contact adidas About Privacy Questions?
8. Other Privacy, Security and Legal Information.
9. Changes to this Policy.
10. Additional Information for Specific States.

## 1. What Personal Information Do We Collect?

IDENTITY AND CONTACT INFORMATION

Information that identifies you. Examples: name, date of birth, e-mail address, phone number, shipping and billing address, customer ID, adiClub membership ID, social media identifiers and handles, your device fingerprint (including your browser fingerprint) and any other communication channel you have used to contact us.

### PAYMENT AND PURCHASE INFORMATION

Information related to your purchases. Examples: payment methods, fraud risk analysis, shopping cart details, delivery details, shipping and billing address, order ID, purchase history and retail store.

### USAGE INFORMATION

Information on your browsing and Website behavior and interactions with our marketing emails. Examples: browser name, IP address, timing of site visits, pages visited, clicked links in our marketing emails, the referral URL that brought you to our Website and information about traffic patterns and site usage, such as clickstream data comprised of mouse movements, clicks, page scrolls and keystrokes.

### BODY MEASUREMENTS

Information we can use to make sure your gear fits. Examples: shoe and apparel size, height, weight, chest, waist, hip, inseam, body shape and heel-toe measurement.

### LOCATION

Information that indicates, directly or indirectly, where you are, real time or otherwise, for example, if you use our adidas Running app or if you participate in certain hype events. Examples: current log-in location (IP address), real-time device location information via device signals (if your device settings allow us to collect that information).

### MEMBERSHIP AND DEMOGRAPHIC INFORMATION

Information related to your adiClub membership and registration. Examples: gender, age, acquisition source ID (where you signed up to our membership), membership points, engagement history, rewards history and social media identifiers if you choose to log in to your account via a third-party social media account.

### INFERENCES, BEHAVIORS, AND PREFERENCES

Information that indicates your preferences and opinions, whether that information is provided directly by you or inferred by us. Examples: activity preference (sports), exercise plans, product preferences, shopping history, wish list items, any “preference” details you provide to us in your profile (such as “women’s products”, “men’s products”, etc), information you provide when you interact with our communities (in person or online via chats, bulletin boards, etc.) or provide feedback through product reviews, surveys, focus groups and product testing.

### DEVICE INFORMATION

Information related to the device you use to access our Website. Examples: device ID, device fingerprint and operating system.

### SOCIAL MEDIA INTERACTIONS

Information about you we obtain through different social media channels such as Facebook, Instagram, Google, etc., when we use these channels for consumer engagement, advertising, sales, or analytics purposes or to enrich your customer profile with adidas. Examples: publicly available social media information, and photos and posts you send to us by mentioning us or following our social media posts by using “handles” or “hashtags.”

### CORRESPONDENCE/ CHATS

Information related to your interactions with our customer service chat function on the Website, customer service teams, and/or our employees and personnel. Examples: written correspondence with us (such as emails or messages to the chat function) and phone calls.

### IMAGES AND RECORDINGS

Image, voice, and video recordings we have captured or obtained where you may be identified. Examples: photos and videos taken in our retail stores, at events, in focus groups, in CCTV footage, in customer service call recordings and through images you share with us via social media. We may also collect scans, videos and images if you choose to participate in certain research projects with us.

### FITNESS ACTIVITY

Information connected to your fitness activity, if you choose to track this activity using our Website (including adidas Running and Training). Examples: activity type, distance, exercise duration, fitness score, pace and speed.

## 2. From Where Do We Collect Personal Information?

### FROM YOU

We collect Personal Information you provide to us. Examples:

- If you register for adiClub membership
- If you make a purchase
- If you contact our customer service team, including through chat or by phone.
- If you participate in a contest or sweepstakes, respond to a survey or register for an event.

### FROM THIRD PARTIES

We receive information about you from third parties. Examples:

- Our affiliate companies in the adidas Group.
- Our service providers, contractors and vendors (such as advertising networks, fraud prevention companies and analytics companies).
- Online platforms and social media networks you use to interact with our ads, to interact with our influencers, or to log into your adidas account and shop for our products.
- Business partners who have your permission to share your data with us. For example, if we co-host events or contests with certain sports entities or if we have co-branded websites.

### AUTOMATICALLY

- We gather certain information automatically when you visit our Website (including apps) or interact with our ads and emails via cookies, pixels, web beacons, SDKs, and other tracking technologies. For details about what we collect and how we use this information, see the "Usage Information" and "How Do We Use Cookies and Other Tracking Technologies?" sections.
- We may record you on video through our CCTV when you visit our stores.

## 3. How Do We Use Your Personal Information?

We may use your personal information to, for example, provide the products you have ordered, advertise to you, provide customer service, improve Website functionality and user experience, improve our products and services and personalize the Website, our communications with you, and your shopping experience. Please see below for details.

### OPERATE THE WEBSITE

- Authenticate users across all participating adidas platforms globally.
- Implement persistent login. If persistent log-in is enabled, basic profile information like e-mail, first name, last name and a unique account identifier will be stored for up to 30 days in the browser that was used for the login. **Please note**: To protect your personal data, do not enable persistent log-in on a publicly accessible device.
- Improve the functionality of the Website, and debug, identify and repair errors that impair the intended functionality of the Website.
- Monitor compliance with our terms and conditions.
- Detect and prevent security threats to our domain and our consumer accounts.

### IMPROVE YOUR SHOPPING EXPERIENCE

- Identify correct sizing and display items of interest based on prior interactions.
- Encourage and enable purchases.

### SELL AND DELIVER PRODUCTS

- Process orders, provide payment options, deliver and track orders, provide exchanges and refunds.

### DETECT FRAUD

- Detect and investigate fraudulent activities using our fraud detection solutions. We combine information you provide to us, information we collect automatically when you interact with our Website, and other information we obtain through our third-party payment risk and fraud prevention providers to help ensure your purchases, exchanges and returns are legitimate and comply with our terms and conditions.
- Detect and investigate security incidents.

### PROVIDE CUSTOMER SERVICE

- Answer your questions through various communication channels (including chat and phone). Use recorded customer service phone conversations and stored chat transcripts for quality assurance, training, trouble shooting and other business purposes.
- Evaluate our customer service and customer service channels to improve their quality and functionality.

### DISPLAY TARGETED ADS AND SEND CUSTOMIZED MARKETING MESSAGES AND NOTIFICATIONS

- Send you personalized marketing messages via email or (if you have our app) push notifications based on our information about you, your interests and your interactions with us. You can unsubscribe from marketing emails and adjust your device settings to disallow push notifications (please see the "How Can You Exercise Your Privacy Rights and Choices?" section below).
- Show you targeted ads on third-party websites and advertising platforms such as Facebook, Google, YouTube, Instagram, etc. (please see the "How Can You Exercise Your Privacy Rights and Choices?" section below).
- Notify you when an item is back in stock.

### ANALYZE AND PROMOTE USER GENERATED CONTENT FROM SOCIAL MEDIA

- We invite you to provide your images to us via social media platforms by following specific instructions such as "#yesadidas". We may use the images you provide for our campaign communications under a license agreement in our terms and conditions, which you should read and agree to prior to providing us with such images (https://www.adidas.com/us/help/us-company-information/what-is-yesadidas).

### ADMINISTER THE ADICLUB MEMBERSHIP PROGRAM

- Administer your adiClub levels, points, challenges and rewards and send you messages about the same.
- Store your shipping address and certain payment details to shorten check-out time.
- Provide adiClub members with access to the adidas running and training app.

### CREATE PROFILES

- We may combine the information we collect about you from different sources to create a profile about you and to infer your interests, preferences, shopping habits and other behaviors.
- We may also use your information to create a profile for fraud-prevention and investigation purposes.

### ADMINISTER SWEEPSTAKES, CONTESTS AND OTHER ACTIVITIES

- Administer sign-ups for events we organize and keep you informed of events you may enjoy.
- Verify eligibility for sweepstakes or contests, contact winners and administer prizes and fulfill related legal matters. For example, if you participate in a contest or sweepstakes relating to the adiClub or our Website, we may collect the following information to administer the sweepstakes: your contact information, your product size information, your preferences, your location, information associated with your adiClub membership and other information you provide to us. When we run a contest or sweepstakes relating to our Website, it will be accompanied by a set of rules. The rules for each contest/sweepstakes will specify how the information gathered from you for entry will be used and disclosed, if it is different than as described in this Policy. Personal information will be collected in a contest or sweepstakes only if you voluntarily submit it to our sponsors or us.

### IMPROVE OUR PRODUCTS AND SERVICES

- Collect and review analytics about the Website, from social media platforms and our business to understand how our products are selling, identify popular product features, analyze our marketing and advertising campaigns, our product designs and distribution strategy, our Website design and overall user experience.
- We also analyze survey, product testing and focus group results, videos and feedback to help us improve our products, services and marketing efforts.
- We may ask our service providers to conduct market and product research for us.

### COMPLY WITH LEGAL AND SAFETY OBLIGATIONS

- We may access and use your personal information, including the content of your communications, in order to: (a) comply with the law or respond to lawful requests or legal process; (b) protect the rights or property of adidas or our customers, including the enforcement of our agreements or policies governing your use of our Websites and services; or (c) to protect the personal safety of adidas employees, customers or the public.
- We may need to keep some personal information as evidence in case of a dispute, complaint or audit.

### OTHER BUSINESS PURPOSES

- We may collect CCTV video in adidas stores to limit fraud and investigate crimes.

- We use Usage Information to detect and investigate fraud and to provide statistical information in aggregated form to our partners and other third parties about how our users collectively use the Website.

## 4. How Do We Use Cookies and Other Tracking Technologies?

Like many websites, we use cookies, tags, pixels, beacons and other tracking technologies (collectively referred to as "Cookies"). Cookies are files stored on your computer's hard drive by your browser to enable the Website to remember you, your actions and preferences (such as login, language, font size and other display preferences) over a period of time. This allows us to optimize the shopping experience, hold selections in a shopping cart when a user leaves the Website without checking out and send you reminder e-mail about your shopping orders and other shopping opportunities. We also use Cookies to gather statistical information about use of the Website in order to improve its design and functionality, understand how the Website is used, and assist us with resolving questions.

We use third party analytics service providers, including Google Analytics and Google AdWords on the Website to collect Usage Information, to analyze how users use the Website—such as time spent on the website, pages visited, cart details, mouse clicks, keystrokes, purchases, and other interactions—and to provide advertisements to you on other websites. You can learn about Google's practices by going to www.google.com/policies/privacy/partners/, and exercise the opt-out provided by Google by downloading the Google Analytics opt-out browser add-on, available at https://tools.google.com/dlpage/gaoptout/.

Cookies also allow us to select which of our advertisements or offers are most likely to appeal to you and display them while you are on the Website. We may also use Cookies or other technologies in online advertising to track responses to our ads. We use third-party companies to measure and target ads on our behalf about products and services tailored to your interests. Most browsers accept Cookies automatically but allow you to disable them or be given the choice of declining or accepting a particular Cookie (or Cookies) from a particular website. You may also visit www.aboutads.info/choices/ and http://optout.networkadvertising.org/#/. In addition, if you prefer to opt out of having your information used for cookie-based ad targeting activities, you can visit the "Your Privacy Choices" link at the bottom of our websites. And, if you are on an adidas app, you can opt out by clicking the settings icon and going to "Manage Account" under "App Settings."

## 5. How Do We Disclose Your Personal Information?

Except as described in this Policy, we will not disclose your personal information outside of adidas and the adidas Group without your consent.

### ADIDAS GROUP

We disclose your data to our affiliates (described in http://www.adidas-group.com). This helps us implement our global single sign-on and other centralized functions.

### BUSINESS PARTNERS

We disclose personal information to select business partners with your consent or at your direction (for example, if you allow them to contact you about their products, services or offers).

CO-BRANDED SITES

Some adidas services are co-branded by adidas and another company, with the privacy policies of both adidas and the other company displayed on the website. The information you provide, such as on registration forms, is collected by both adidas and the other company, subject to both privacy policies.

SERVICE PROVIDERS, CONTRACTORS AND VENDORS

We hire other companies to provide services to us or on our behalf, such as marketing, web analytics, chat support and functionality (including through conversational artificial intelligence), data analysis, credit card processing, shipping, stocking orders, providing customer service and fraud protection.

These providers have access only to such personal information as appropriate to perform their functions and are contractually obligated to maintain the confidentiality and security of your information. They are subject to appropriate contractual restrictions on how they use this information. Examples:

- We disclose most of your data with cloud service and other technical and platform service providers.
- We disclose your Payment and Purchase Information, Usage Information and other data to our fraud prevention providers and data analytics providers.
- Additionally, we disclose chat transcripts to our chat service provider for storage, customer service, and limited troubleshooting (as needed), otherwise your chat conversations are processed, disclosed, and retained solely for our own operational business purposes, such as training and further customer support.

GOVERNMENT, COURTS AND LAW ENFORCEMENT

We may disclose information about you to these parties to comply with legal and safety obligations as described above.

MERGER/ SALE ENTITIES

We may disclose personal information as part of a corporate transaction such as a merger or a sale of assets.

CONTENT YOU POST

In addition, any information you decide to post to public areas of the Website, such as message boards and feedback sections, becomes publicly available.

## 6. How Can You Exercise Your Privacy Rights and Choices?

UPDATING YOUR ACCOUNT INFORMATION

You can review and modify your adiClub account information at any time by signing into your online account. You can also update your account information by calling Customer Service at 1-800-982-9337.

OPTING OUT OF MARKETING COMMUNICATIONS

We provide you with several opportunities to opt-out of receiving our promotional communications and newsletters, including:

- If you have an adiClub membership, sign in online, go to your account page, go to Account Overview, go to Preferences, then uncheck the Newsletter checkbox; or

- When you get a marketing email, click the "unsubscribe" button at the bottom of the email; or
- For any other promotional communications, use the opt-out instructions contained in that communication.

If you opt out, we may still send you non-promotional messages, such as those about your adiClub membership or our ongoing business relations.

### ACCESS, DELETE AND CORRECT INFORMATION WE HAVE ABOUT YOU

You can (1) request to know more about and access your personal information, including in a portable format, (2) request deletion of your personal information, and (3) request correction of inaccurate personal information. To request access or deletion of your personal information, please click the "Your Privacy Choices" link at the bottom of our website. From within an adidas app, you can make a request by navigating to "Manage Account" under the "Settings" tab. You may also make a request by calling customer service at 1-888-694-6364. To make a correction request, log into your adidas account (if you have an account) and make changes there, or call customer service at 1-888-694-6364. We may verify your request by asking you to provide information related to your recent interactions with us, such as your name, email address, or adiClub membership ID.

### OPTING OUT OF TARGETED ADVERTISING

As described in the " How Do We Use Cookies and Other Tracking Technologies? " section, we process (and allow others to process) personal information to show you targeted ads on non-adidas websites and applications. We do this via cookies and other tracking technologies, or in some cases, we disclose certain information (such as your email address or phone number) to our advertising partners, who then translate this information into a unique identifier. This unique identifier is then used to show you ads that are more relevant to you across the web and in mobile apps. You can opt out of having your information used for targeted advertising purposes by visiting the "Your Privacy Choices" link at the bottom of our websites. And, if you are on an adidas app, you can opt out by clicking the settings icon and going to "Manage Account" under "App Settings." Please note that you will need to renew your opt-out choice at each adidas-branded Website you visit, if you visit our Website with another device or browser, or if you clear your cookies. You may still see ads for adidas on third-party websites and services, but they may be less relevant because they aren't based on your interests.

### NON-DISCRIMINATION

We will not discriminate against you if you choose to exercise your privacy rights.

## 7. How Can You Contact adidas?

If you have questions or comments about our privacy practices, please contact us by e-mail privacy.policy@adidas.com or by mail at the following address

adidas America
Attn: Legal Privacy Policy
5055 N Greeley Ave
Portland, OR 97217

If you have questions about a product or service, please contact our Customer Service. You can reach Customer Service through multiple channels, including by phone at 1-800-982-9337.

## 8. Other Privacy, Security and Legal Information

**Children**

We do not knowingly collect or solicit personal information from children under 13.

**How does this policy apply to international users?**

The Website that links to this Policy is intended for users in the United States. If you choose to provide adidas with your information, you consent to the transfer and storage of that information on our servers located in the United States and around the world. The information collected by adidas may be subject to international and U.S. state and federal law. If you are accessing our Website from outside the U.S., please be advised that you are transferring your personal information to us in the United States where data protection and privacy laws may be different than the laws of your country. By using our Website, you consent to the transfer and use of your personal information in accordance with this Policy.

**Security**

An athlete can't play without confidence, and you shouldn't order from a company that doesn't follow reasonably secure data practices. We use reasonable security procedures to protect your information. However, no data transferred over the Internet is guaranteed to be 100% secure. Personal information collected at our Website is stored in reasonably secure operating environments that are not available to the public. In order to help protect your personal information, you should be careful about providing your adidas account password to others. If you wish to cancel your adiClub account, log into your account online, select Account, then Personal Information, then Delete Account. If you become aware of any loss, theft or unauthorized use of your password, please contact Customer Service.

## 9. Changes to this Policy

We will update this Policy as needed to reflect changes in our services, the law and customer feedback. When we post changes to this Policy, we will revise the "last updated" date at the top. If there are material changes to this Policy or to how adidas will use your personal information, we will provide you with additional notice (such as by adding a statement to the Website or sending you a notification. We encourage you to review this Policy regularly to remain informed about our information practices and the choices available to you.

## 10. ADDITIONAL INFORMATION FOR SPECIFIC STATES

California, Colorado, Connecticut, Montana, Texas, Utah, and Virginia have enacted consumer privacy laws that grant their residents certain rights and require additional disclosures (“State Laws”). If you are a resident of one of these states, this section applies to you.

10.1. ADDITIONAL DISCLOSURES.

Our Policy explains how we collect, use, and disclose information about you, as well as our targeted advertising and analytics practices. As required by certain State Laws, below we use two different tables to explain this same information, including the categories of personal information we collect (and have collected over the preceding 12 months), the types of entities to which we disclose such information, and the ways we use each category of information.

Collection, Use, and Disclosure of Personal Information for Business Purposes

| **Categories of Personal Information** | **Categories of Recipients** | **Use of Personal Information** |
|---|---|---|
| Identifiers (such as name, email addresses and adiClub | • Adidas Group, cloud service, internet service and other | • Operate the Website; |

| | | |
|---|---|---|
| membership ID) | technical, operational, and platform service providers ("Standard Third Parties"), advertising networks, data analytics providers, fraud prevention providers, social networks, research partners, payment processors, fulfillment partners, customer support partners, event partners | • Improve your shopping experience;<br>• Sell and deliver products;<br>• Detect fraud and protect against malicious, deceptive, or illegal activity;<br>• Provide customer service and respond to your comments, questions, and requests;<br>• Personalize and improve the Website and provide content or features that match your profile and interests;<br>• Provide and administer the adiClub membership program;<br>• Administer and fulfill our sweepstakes, contests, and other promotions and deliver rewards;<br>• Improve our products and services;<br>• Analyze trends and statistics, learn more about your shopping preferences and your interaction with Website; and<br>• Comply with legal and safety obligations. |
| Categories of personal information described in the California Customer Records statute (California Civil Code Section 1798.80), including body measurements | • Standard Third Parties, research partners, fraud prevention providers | |
| Characteristics of protected classifications under California or U.S. law (such as gender, age, veteran status and other demographic information) | • Standard Third Parties, fraud prevention providers, research partners, advertising networks, data analytics providers | |
| Commercial information (such as purchase history and shopping cart details) | • Standard Third Parties, fraud prevention providers, research partners, advertising networks, data analytics providers, payment processors, fulfillment partners, customer support partners, event partners | |
| Internet and other similar network activity (such as browsing history, search history, and information from cookies) | • Standard Third Parties, advertising networks, data analytics providers, fraud prevention providers | |
| Geolocation data (such as your city of residence and, for certain activities, precise geolocation) | • Standard Third Parties, advertising networks, data analytics providers, fraud prevention providers | |

| | | |
|---|---|---|
| Audio and visual information (such as call recordings when you contact customer service and CTV footage from our stores) | • Standard Third Parties, law enforcement, fraud prevention partners, customer support partners | |
| Inferences drawn from the above information to create consumer profiles reflecting certain preferences and behaviors | • Standard Third Parties, advertising networks, data analytics providers, fraud prevention providers, research partners | |
| Other personal information that relates to or is reasonably capable of being associated with you (for example, certain information you submit in connection with a product review or in response to a survey such as your clothing size) | • Standard Third Parties, other users of our services, product review partners | |

Personal Information that we "Share, "Sell," or Use for "Targeted Advertising*

We disclose the following categories of personal information to third parties for the purpose of engaging in targeted advertising and other marketing activities, including to expand the reach and effectiveness of our marketing campaigns. These disclosures may be considered “sales” or “sharing” or use of personal information for “targeted advertising” under certain State Laws.

| **Categories of Personal Information “Shared,” “Sold,” or used for Targeted Advertising** | **Categories of Third Parties** |
|---|---|
| Identifiers | Advertising and marketing networks |
| Commercial information | Advertising and marketing networks |
| Internet and electronic network activity information (including information from cookies) | Advertising and marketing networks |

Other Details about our Information Practices

- As described in more detail in the “From Where Do We Collect Personal Information?” section, we collect personal information directly from you (for example, when you make a purchase or register for adiClub membership), automatically when you visit our Website or interact with our emails, and from third-party sources such as business partners that co-host events or contests with us.
- We do not knowingly sell or share personal information about consumers under the age of 16.
- We process personal information that is considered “sensitive” under certain State Laws. For example, we process your precise geolocation if you provide it for certain hype events or through our adidas Running app. You may also self-disclose sensitive demographic information, such as sexual orientation and ethnicity, if you choose to participate

in customer surveys and focus groups that help us provide and improve our products and services for a diverse range of individuals. We only collect this information with your consent or at your direction and for purposes permitted under the State Laws.

- We retain personal information for as long as necessary to carry out the purposes for which we originally collected it and for other purposes described in this Policy. We retain personal information associated with your adiClub account for up to four years from your last interaction with us, unless a longer or shorter retention period is required by law, is necessary in the course of legal proceedings or is otherwise needed for a particular purpose under applicable law. If you don't have an adiClub account, but have purchased items online as a guest, we retain information related to your purchase for the same period of time as described for adiClub members. Examples of ways you may "interact" with us and extend this timeline include the following: making an online purchase, opening or interacting with a marketing email from us, logging into your adiClub account and writing a product review.

### 10.2. ADDITIONAL PRIVACY RIGHTS.

As described in "How Can You Exercise Your Privacy Rights and Choices?" above, you have the right to request access to, and correction or deletion of, your personal information. You also have the right to opt out of "sharing" and "sales" and use of your personal information for targeted advertising. If you are a resident of certain states, including California, you can opt out by visiting our website with a legally recognized opt-out preference signal enabled, such as the Global Privacy Control. Please note that, depending on which opt-out preference signal you use and whether you are logged into your account with us, our processing of the signal may be limited to the specific browser or device that you are using. Please see above for more information about these privacy rights and other choices you have, how to exercise them, and how we will verify your requests.

Authorized Agents

If you reside in California, Colorado, Connecticut, Montana or Oregon, you have the right to authorize another individual (an "authorized agent") to submit certain privacy rights request on your behalf. If you are submitting a rights request as an authorized agent, we may require you to submit proof of your authorization to make the request, such as a valid power of attorney or proof that you have signed permission from the individual who is the subject of the request. Please do not provide any sensitive personal information in connection with this request, such as a driver's license or other government-issued ID. In some cases, we may contact the individual who is the subject of the request to verify their own identity or confirm you have permission to submit this request. To submit a request as an authorized agent, please contact us at 1-888-694-6364.

Appeals

If we deny your request, you may to appeal our decision by contacting us at privacy.policy@adidas.com. If you have concerns about the result of an appeal, you may contact the attorney general in the state where you reside.

### 10.3. NOTICE OF FINANCIAL INCENTIVES.

We provide discounts, rewards, exclusive offers, or other benefits to customers who sign up to join adiClub or who participate in our promotional campaigns. These offerings may constitute "financial incentives" or "bona fide loyalty programs" under certain State Laws (for simplicity, we refer to these collectively as "financial incentives"). If you decide to participate in a financial incentive, we collect personal information from you, such as identifiers (like your name and email address), commercial information (like your purchase history), and inferences. We disclose this information to our service providers, contractors, and consultants who perform services on our behalf and to our marketing and advertising partners,

including for the purpose of engaging in targeted advertising and other marketing activities. You can opt into a financial incentive by following the sign-up or participation instructions provided, and you have the ability to opt-out at any time by following the instructions set forth in the applicable loyalty program or promotional campaign or contacting us at 1-888-694-6364. If you request that we delete any of your personal information that is essential to providing you with the financial incentive, we will not be able to provide you with the benefits of that program (e.g., if you ask us to delete your email address, we will no longer be able to provide you with early access to sales or other benefits). In some cases, we may provide additional terms and conditions, which we will provide to you when you sign up. The value of your personal information is reasonably related to the value of the offer or discount presented to you

### 10.4. CALIFORNIA SHINE THE LIGHT.

California law permits residents of California to request certain details about how their information is disclosed to third parties for direct marketing purposes. Under the law, a business must either provide this information or permit California residents to opt in to, or opt out of, this type of disclosure. We qualify for this alternative option. To opt out of having information about you disclosed to third parties for direct marketing purposes, please visit the “Your Privacy Choices” link at the bottom of our websites.

### 10.5. CCPA REQUEST METRICS.

The following chart shows details about the consumer rights requests we received under CCPA from January 1, 2023 to December 31, 2023:

| **Request Type** | **Received** | **Fulfilled (in whole or part)** | **Denied*** | **Average Days to Respond**** |
|---|---|---|---|---|
| **Requests to Know** | 800 | 347 | 453 | 26 days |
| **Requests to Delete** | 5591 | 3079 | 2512 | 40 days |
| **Requests to Opt-Out of Personal Information Sales and Sharing** | 1132 | 1132 | 0 | 0 days |

*Denied requests include those requests where users did not confirm their identity, where the provided verification information did not match the information on file for that account, where users did not provide all required verification information, and where requests were denied on other grounds.

## DID YOU FIND THIS ARTICLE HELPFUL?

Yes No

## FREQUENTLY ASKED QUESTIONS

**What is the adidas Employee Store Digital Pass?**

Company Information

**How do I return my product(s)?**

Returns & Refunds

VIEW ALL

### STILL CAN'T FIND YOUR ANSWER?

ASK OUR CUSTOMER SERVICE

Mon - Sun : 5:00 AM to 8:00 PM

CONTACT US →

### YOUR OPINION COUNTS

We strive to serve you better and appreciate your feedback

BACK TO TOP

LOGIN YOUR BAG (0)

## JOIN OUR ADICLUB & GET 15% OFF

SIGN UP FOR FREE

Help

Returns & Exchanges

Order Tracker

Shipping

Promotions

Sitemap

adiClub

Store Finder

Gift Cards

adidas Apps

Size Charts

Your Privacy Choices

Privacy Policy

Terms and Conditions

© 2025 adidas America, Inc.