**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Plaintiffs*

[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MAEVE CAMPLISSON; DAVID SANCHEZ;, and S.D., a minor, by and through their legal guardian ELVIS DICIERO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ADIDAS AMERICA, INC., an Oregon corporation,

Defendant.

Case No.: 3:25-cv-00603-GPC-KSC

*Assigned to the Hon. Gonzalo P. Curiel*

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Date: November 14, 2025
Time: 1:30 p.m.
Courtroom: 12A

**TO THE HONORABLE COURT, AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Maeve Camplisson, David Sanchez, and S.D., a minor, by and through Elvis Diciero, their Legal Guardian, hereby submit the following supplemental authority in support of their opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint [Dkt. No. 22]:

Exhibit A: An order from the Superior Court of California, County of San Francisco in *Rose v. Yelp, Inc.*, No. CGC-25-623299 (Sept. 16, 2025); and

Exhibit B: An order from the United States District Court for the Northern District of California in *Fregosa v. Mashable, Inc.*, No. 25-cv-01094-CRB (N.D. Cal. Oct. 9, 2025).

DATED: October 20, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Avi Josefson*
Avi Josefson (admitted *pro hac vice*)
(avi@blbglaw.com)
Michael Blatchley (admitted *pro hac vice*)
(michaelb@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Plaintiffs*