**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Plaintiffs*

[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAEVE CAMPLISSON; DAVID SANCHEZ;, and S.D., a minor, by and through their legal guardian ELVIS DICIERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADIDAS AMERICA, INC., an Oregon corporation,<br><br>Defendant. | Case No.: 3:25-cv-00603-GPC-KSC<br><br>*Assigned to the Hon. Gonzalo P. Curiel*<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: November 14, 2025<br>Time: 1:30 p.m.<br>Courtroom: 12A |

**TO THE HONORABLE COURT, AND TO DEFENDANT AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Maeve Camplisson, David Sanchez, and S.D., a minor, by and through Elvis Diciero, their Legal Guardian, hereby submit the following supplemental authority in support of their opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint [Dkt. No. 22]:

Exhibit A: An order from the United States District Court, Northern District of California in *Atkins v. Amplitude, Inc.*, 2025 WL 2521732 (N.D. Cal. Sep. 2, 2025);

Exhibit B: An order from the United States District Court, Northern District of California in *Selby v. Sovrn Holdings, Inc.*, 2025 WL 2950164 (N.D. Cal. Oct. 17, 2025); and

Exhibit C: An order from the United States District Court, Northern District of California in *Walsh v. Dollar Tree Stores, Inc.*, 2025 WL 2939229 (N.D. Cal. Oct. 16, 2025).

DATED: November 12, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Avi Josefson*
Avi Josefson (admitted *pro hac vice*)
(avi@blbglaw.com)
Michael Blatchley (admitted *pro hac vice*)
(michaelb@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Plaintiffs*