**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson (*pro hac vice*)
NYS Bar No. 4149407
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
*Counsel for Plaintiffs*

[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAEVE CAMPLISSON; DAVID SANCHEZ; and S.D., a minor, by and through their legal guardian ELVIS DICIERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADIDAS AMERICA, INC., an Oregon corporation,<br><br>Defendant. | Case No.: 3:25-cv-00603-GPC-GC<br><br>**JOINT MOTION TO VOLUNTARILY DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>Magistrate Judge: Hon. Guillermo Cabrera |

On September 30, 2026, Governor Gavin Newsom signed Senate Bill 690, which amends the California Invasion of Privacy Act to remove the private right of action for violations of Section 638.51. SB 690 applies retroactively to pending claims in actions commenced within the previous two years, and eliminates the sole claim Plaintiffs Maeve Camplisson, David Sanchez, and S.D., a minor, by and through their legal guardian Elvis Diciero, assert in this action.

Because Defendant adidas America, Inc. has filed its answer to Plaintiffs' amended complaint (ECF No. 40), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Civil Rule 7.2 of the Local Rules of the United States District Court for the Southern District of California, and Judge Curiel's Civil Pretrial and Trial Procedures, Plaintiffs and Defendant hereby stipulate and jointly move that this Court enter an Order dismissing this action in its entirety without prejudice, with each Party to bear its own fees and costs.

DATE: November 2, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Michael D. Blatchley*
Avi Josefson (admitted *pro hac vice*)
(avi@blbglaw.com)
Michael D. Blatchley (admitted *pro hac vice*)
(michaelb@blbglaw.com)
Todd Clayton (admitted *pro hac vice*)
(Todd.Clayton@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067

Tel: (310) 819-3481

*Counsel for Plaintiffs*

DATE: November 2, 2026

Respectfully submitted,

*/s/ Purvi G. Patel*

Purvi G. Patel (Bar. No. 270702)
Emma Z. Burgoon (Bar No. 348097)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
PPatel@mofo.com
EBurgoon@mofo.com

*Attorneys for Defendant adidas America, Inc.*