UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAEVE CAMPLISSON; DAVID SANCHEZ; and S.D., a minor, by and through their legal guardian ELVIS DICIERO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ADIDAS AMERICA, INC., an Oregon corporation,

Defendant.

Case No.: 25-cv-603-GPC-GC

**ORDER GRANTING JOINT MOTION TO DISMISS CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**[ECF No. 66]**

On November 2, 2026, the parties filed a Joint Motion to Voluntarily Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 66. Good cause appearing, the Court **GRANTS** the joint motion and dismisses this action without prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: November 2, 2026

Hon. Gonzalo P. Curiel
United States District Judge